UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. RIOS, et al.,<br><br>　　　　Defendants. | No.  1:24-cv-01237 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER<br><br>PLAINTIFF'S IN FORMA PAUPERIS APPLICATION FOR A NONPRISONER DUE IN THIRTY DAYS |

　　　Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 4, 2025, Plaintiff filed a notice of change of address with the Court.  ECF No. 7.  The address appears to be a private one, likely indicating that Plaintiff is no longer incarcerated.[1]

　　　Upon release from prison, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir.

---

[1] If the Court is incorrect, and Plaintiff is still in fact incarcerated, he must inform the Court immediately.

1

1997) (upon release, obligation to pay remainder of fees to be determined solely on question of whether individual qualifies for pauper status). A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners. McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).

For these reasons, Plaintiff will be ordered to complete and file an application to proceed in forma pauperis by a non-prisoner. Plaintiff will be given thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for a non-prisoner, and

2. Within thirty days from the date of this order, Plaintiff shall complete and file the non-prisoner in forma pauperis application with the Court.

IT IS SO ORDERED.

Dated:  **February 5, 2025**               **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE