UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT GUERRERO, et al.,<br><br>Defendants. | No. 1:24-cv-01237 GSA (PC)<br><br>ORDER DISREGARDING MOTION TO REINSTATE AS IMPROPERLY FILED<br><br>(ECF No. 10)<br><br>ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 11) |

Plaintiff, a former state prisoner[1] proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court are Plaintiff's motion to reinstate this case and Plaintiff's motion to proceed in forma pauperis by a non-prisoner. ECF Nos. 10, 11 (respectively).

For the reasons stated below, Plaintiff's motion to reinstate will be denied as improperly filed. In addition, Plaintiff's non-prisoner application to proceed in forma pauperis will be granted.

---

[1] On February 4, 2025, a notice of change of address filed by Plaintiff was docketed. ECF No. 7. The address in the filing appears to indicate that Plaintiff is no longer incarcerated.

### I. PLAINTIFF'S NON-PRISONER IN FORMA PAUPERIS APPLICATION

On February 4, 2025, Plaintiff filed a notice of change of address with the Court. ECF No. 7. The notice indicated that Plaintiff is no longer incarcerated. Id. As a result, Plaintiff was ordered to file a new application to proceed in forma pauperis that is used for non-prisoners. ECF No. 8.

Plaintiff has filed an application to proceed in forma pauperis for non-prisoners. ECF No. 11. He has submitted the affidavit required by 28 U.S.C. § 1915(a)(1) showing that he is unable to prepay fees and costs or give security for them. Id. at 2. Therefore, Plaintiff's non-prisoner request to proceed in forma pauperis will be granted.

### II. PLAINTIFF'S MOTION TO REINSTATE ACTION

Plaintiff has also filed a motion to reinstate this action. ECF No. 10. The filing indicates that Plaintiff mistakenly believes that this matter has been closed. See id. at 2 (Plaintiff requesting the Court to issue an order reinstating this matter pursuant to Federal Rule of Civil Procedure 60).

Had Plaintiff not responded to the Court's order to show cause and not filed the non-prisoner in forma pauperis application, it would have been recommended that this matter be closed. See generally ECF No. 9 (order directing Plaintiff to show cause). Plaintiff has, however, filed the non-prisoner application. See ECF No. 11. As a result, this matter will not be dismissed and closed. Plaintiff's motion to reinstate will be denied as improperly filed, and the Court will screen Plaintiff's complaint in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's non-prisoner application to proceed in forma pauperis (ECF No. 11) is GRANTED, and

2. Plaintiff's motion to reinstate this action (ECF No. 10) is DENIED as IMPROPERLY FILED.

**The Court will screen Plaintiff's complaint in due course.**

IT IS SO ORDERED.

Dated: **April 3, 2025**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

3